FILED
01/06/2023
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

In The United States District Court For The Southern District Of Indiana
Indianapolis Division

ZOFO Benjamin

vs.

John Galipeau (warden)

Derek Christians (Director of Classification Downstate)

Civil Action

Cause No. 1:23-cv-53-JRS-KMB

Jurisdiction And Venue

1.) This is a Civil action authorized by 42 U.S.C. Section 1983 To redress The deprivation, Under Color of State Law, of rights Secured by The Constitution of the United States. The Court has Jurisdiction under 28 U.S.C. Section 1331 and 1343 (a)(3). Plaintiff ZOFO Benjamin seeks declaratory Relief Pursuant To 28 U.S.C. Section 2201 and 2202. Plaintiff ZOFO Benjamin Claims For Mandatory Injunctive Relief are authorized by 28 U.S.C. Section 2283 and 2284 and Rule 65 of The Federal Rules of Civil Procedure.

2.) The Southern District of Indiana is an appropriate Venue Under 28 U.S.C. Section 1391 (b)(2) because It is where The Issue/events giving rise To This Claim occurred/was ordered From Central office,

(1)

Plaintiff

3.) Plaintiff Zofo Benjamin is and was at all times mentioned herein a Prisoner of The State of Indiana in Custody of The Indiana Department of Corrections. He is currently Confined in Westville Correctional Facility in Westville, Indiana, 5501 South 1100 west, 46391

Defendants

4.) John Galipeau is The Warden of Westville Correctional Facility, 5501 South 1100 west, Westville, In. 46391, He is legally responsible For The operation of Westville Correctional Facility and For The welfare of all The inmates of That Prison

5.) Derek Christians is The Head Director of Classification In Central office, 302 West, Washington Street, Indianapolis IN. 46204, Who, at all Times mentioned in This Complaint, Was and is The Director of Classification For All offenders/Inmates In Indiana Department of Corrections (I.D.O.C)

6.) Each defendant is Sued individually and in his official Capacity. At all times mentioned in This Complaint, each defendant acted under The Color of State Law.

(2)

Facts

7.) At all times relevant to this case, Plaintiff ZOFO Benjamin was and is an Inmate/Offender in Indiana Department of Corrections.

8.) The Plaintiff ZOFO was and is Sentenced under the old Law which Entitles the Plaintiff ZOFO to Either a 3rd of his Time or (4) Four Years of Time Cuts under the HEA-1120.

9.) The Defendants Have Said that the Plaintiff is to Receive only 117 Days (3) Times which is only a Total of 351 Days not even (1) one Year. As the Court Can See on Page 6 Exhibit (A).

10.) Plaintiff has Done the Classification Appeal As the Court Can See on Pages 7-8 Exhibit (B).

11.) The Plaintiff has Received (9) Nine months (270) Days from a Previous Time Cut which Entitles the Plaintiff to a Total of (1,190) Days of Good time.

12.) Which the Defendants are Violating the Plaintiff's 14th Amendment of the U.S. Constitution Due to the Plaintiff's Life and Liberty is at Risk.

13.) The Plaintiff's Life is Being Locked-up Inprison Longer is a Direct Violation of the Plaintiff's 14th Amendment.

14.) The Plaintiff's Liberty of Being Free From Prison is at Risk and This is a Direct violation of the Plaintiff's 14th Amendment.

Legal Claims

14.) The Plaintiff ZOFO Signed a HEA-1120 Contract To Receive (39) months Good time Credit on 10/07/2021

15.) The Defendants are Refusing To Hold up To The Contract That was Signed on 10/07/2021

16.) The Defendants Are In Violation of The Contract and The Plaintiff's 14th Amendment.

# PRAYER FOR RELIEF

Wherefore, Plaintiff Respectfully prays That This Court enter Judgment;

17.) Granting Plaintiff To Receive All Good Time Credit Plaintiff Is Intitled To In Full.

18.) To Grant Mandatory Injunction ordering The Defendants To Give Plaintiff his Full Credit Time He is Intitled To.

19.) To Grant Plaintiff $500,000.00 For Any and All Days The Defendants Keep The Plaintiff ZOFO Benjamin Locked-up In I.D.O.C. Past his OuT Date of Suppose To Be Feb. 2, 2023.

Dated:
Respectfully Submitted, ZOFO L. Benjamin, II
Westville Correctional Facility
5501 S. 1100 w.
Westville, In. 46391

Verification

I have read the foregoing Complaint and hereby verify that the matters alleged therein are true, except as to matters alleged on information and belief, and, as to those, I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Westville Correctional Facility on

X [signature]
Zabb L. Benjamin