UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ZOFO BENJAMIN,                            )
                                          )
                    Plaintiff,            )
                                          )
          v.                              )        No. 1:23-cv-00053-JRS-KMB
                                          )
JOHN GALIPEAU, et al.,                    )
                                          )
                    Defendants.           )

## FINAL JUDGMENT

The Court now enters FINAL JUDGMENT. The action is dismissed without prejudice for

failure to prosecute.

Date: 05/19/2023

_JAMES R. SWEENEY II, JUDGE_
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_

Deputy Clerk, U.S. District Court

Distribution:

ZOFO BENJAMIN
933743
WESTVILLE - CF
WESTVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
5501 South 1100 West
WESTVILLE, IN 46391